BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

FILED
APR 2 2 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA  SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-mj-00092 GSA |
| Plaintiff, | SEALING ORDER |
| v. | |
| ISRAEL GARRIDO, | **UNDER SEAL** |
| Defendant. | |

Good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint and affidavit in support of the arrest warrant herein be SEALED until the defendant is arrested pursuant to the arrest warrant authorized by this Court.

Dated: April 22, 2013.

_____
U.S. MAGISTRATE JUDGE

1