KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant ISRAEL GARRIDO-HERNANDEZ

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 13CR179 LJO |
| Plaintiff,                                          ) | |
|                                                            ) | ORDER TO CONTINUE SENTENCING HEARING |
| v.                                                       ) | |
|                                                            ) | New date: July 21, 2014 at 8:30 a.m.. |
| ISRAEL GARRIDO-HERNANDEZ, ) | |
| Defendant.                                       ) | |

Based on the stipulation between counsel, it is hereby ordered as follows:

That the previously set sentencing hearing of June 23, 2014 at 9:30 a.m. be vacated due to the unavailability of defense counsel, who is in trial in Fresno County Superior Court.  The sentencing shall be set for July 21, 2014 at 8:30 a.m. a.m. before the Honorable Lawrence J. O'Neill,  Judge of the Eastern District.

Any delay from continuing this matter from June 23, 2014 to July 21, 2014 at 8:30 a.m.  shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **June 4, 2014**           /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28