1  BENJAMIN B. WAGNER
United States Attorney
2  MIA A. GIACOMAZZI
HEATHER MARDEL JONES
3  Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
4  Fresno, California 93721
Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) 1:13-CR-00179-LJO-SKO
                                     )
12               Plaintiff,          ) PRELIMINARY ORDER OF
                                     ) FORFEITURE
13          v.                       )
                                     )
14  ISRAEL GARRIDO-HERNANDEZ.        )
                                     )
15               Defendant.          )
                                     )
16                                   )
                                     )
17  _____)

18      Based upon the plea agreement entered into between United States

19  of America and defendant Israel Garrido-Hernandez, it is hereby

20  ORDERED, ADJUDGED AND DECREED as follows:

21      1.    Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1028(b)

22  21 U.S.C. §§ 881(a)(6), 881(a)(4), 853(a), and 28 U.S.C. § 2461(c),

23  defendant Israel Garrido-Hernandez' interest in the following property

24  shall be condemned and forfeited to the United States of America, to

25  be disposed of according to law:

26          a.    One Digital Scale;
            b.    One pair of Scissors & One Tweezer;
27          c.    One Acer Monitor;
            d.    One HP Photosmart Printer;
28          e.    One Laminator;

1
        f.    One Paper Cutter;
        g.    Document Making Supplies;

2
        h.    Miscellaneous Documents;
        i.    One ADATA 8GB SD Card;

3
        j.    One Sandisk Cruzer 8GB thumb drive;
        k.    One Gateway Desktop Computer;

4
        l.    Two Samsung Cell Phones;
        m.    One LG Cell Phone;

5
        n.    One Kyocera Cell Phone.

6
    2.    The above-listed assets constitute property, real or

7
personal, which constitutes or is derived from proceeds traceable to

8
a violation or a conspiracy to commit a violation of 18 U.S.C. §

9
1028(a)(5) and 21 U.S.C. § 841(a)(1), or is property involved in or

10
was used or intended to be used to commit the above-mentioned

11
violations.

12
    3.    Pursuant to Rule 32.2(b), the Attorney General (or a

13
designee) shall be authorized to seize the above-listed property.

14
The aforementioned property shall be seized and held by the United

15
States Department of Homeland Security, Customs and Border Protection

16
in its secure custody and control.

17
    4.    a. Pursuant to 28 U.S.C. § 2461(c), 18 U.S.C. § 1028, 21

18
U.S.C. § 853(n), and Local Rule 171, the United States shall publish

19
notice of the order of forfeiture.  Notice of this Order and notice

20
of the Attorney General's (or a designee's) intent to dispose of the

21
property in such manner as the Attorney General may direct shall be

22
posted for at least 30 consecutive days on the official internet

23
government forfeiture site www.forfeiture.gov.  The United States may

24
also, to the extent practicable, provide direct written notice to any

25
person known to have alleged an interest in the property that is the

26
subject of the order of forfeiture as a substitute for published

27
notice as to those persons so notified.

28
        b. This notice shall state that any person, other than the

Preliminary Order of Forfeiture

defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1028(b) 21 U.S.C. §§ 881(a)(6), 881(a)(4), 853(a), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

6.   The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:   **July 18, 2014**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture