BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CR-00179-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ISRAEL GARRIDO-HERNANDEZ. | |
| Defendant. | |

WHEREAS, on July 18, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Israel Garrido-Hernandez, in the following property:

  a.  One Digital Scale;
  b.  One pair of Scissors & One Tweezer;
  c.  One Acer Monitor;
  d.  One HP Photosmart Printer;
  e.  One Laminator;
  f.  One Paper Cutter;
  g.  Document Making Supplies;
  h.  Miscellaneous Documents;
  i.  One ADATA 8GB SD Card;
  j.  One Sandisk Cruzer 8GB thumb drive;
  k.  One Gateway Desktop Computer;
  l.  Two Samsung Cell Phones;
  m.  One LG Cell Phone;
  n.  One Kyocera Cell Phone.

1                                    Final Order of Forfeiture

AND WHEREAS, beginning on July 31, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(2)(B), 1028(b), 21 U.S.C. §§ 881(a)(6), 881(a)(4), 853(a), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Israel Garrido-Hernandez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **November 6, 2014**            **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE